UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Cheryl and Mark Munn, <br><br> Plaintiffs, <br> v. <br><br> Law Office of J.A. Cambece, Henry Lendoff; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 3:10-cv-00246-WWE |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Plaintiffs, Cheryl and Mark Munn, by their attorney, hereby withdraw their complaint and voluntarily dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 21, 2010

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg, Esq.
(Bar No. 425027)
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2010, I electronically filed the foregoing with the Clerk of the District Court of the District of Connecticut using the CM/ECF system:

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq.